# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 18, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141154(66)
141181(49)
141513(21)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SELESA ARROSIEUR LIKINE,
      Defendant-Appellant.

SC: 141154
COA: 290218
Oakland CC: 2008-220669-FH

_____

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MICHAEL JOSEPH PARKS,
      Defendant-Appellant.

SC: 141181
COA: 291011
Ingham CC: 08-001225-FH

_____

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SCOTT BENNETT HARRIS,
      Defendant-Appellant.

SC: 141513
COA: 297182
Muskegon CC: 08-056761-FH

_____

On order of the Chief Justice, the motion by appellees for extension to April 5, 2011 of the time for filing their briefs is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 18, 2011

_____
Clerk